## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| SAMUEL MEIDINGER, | Civil No. 09-2894 (JRT/FLN) |
| Plaintiff, | |
| v. | |
| CAPTAIN MATTHEW CLARK, *et al.*, | **ORDER FOR DISMISSAL** |
| Defendants. | |

___

Jordan Kushner, **LAW OFFICE OF JORDAN S. KUSHNER**, 431 South Seventh Street, Suite 2446, Minneapolis, MN 55415, for plaintiff.

Jason Hiveley, Jason Kuboushek, Jon Iverson, and Stephanie Angolkar, **IVERSON REUVERS, LLC,** 9321 Ensign Avenue South, Bloomington, MN 55438, for defendants.

This matter is before the Court on the Stipulation of Dismissal filed by the parties on May 7, 2010 [Docket No. 8].

**IT IS HEREBY ORDERED** that the settlement of this action is approved pursuant to Minn. Stat. § 466.08 and, as a result, the above-entitled action may be, and the same hereby is, **DISMISSED WITH PREJUDICE** without costs or disbursements to any party.

**IT IS FURTHER ORDERED** that without further notice, a Judgment of Dismissal with Prejudice of all of Plaintiff's claims, without costs or disbursements to any of the parties, may be entered herein.

DATED: May 10, 2010
at Minneapolis, Minnesota.

                                                              s/ John R. Tunheim
                                                      JOHN R. TUNHEIM
                                           United States District Judge